*Edward Stainer* v. *Isaac Bell et al.* A. G. ROGERS, for appellant; N. DANE ELLINGWOOD, for respondent. Decree appealed from affirmed with costs.

*Casper Getman et al.* v. *Adam Getman et al.* H. ADAMS, for appellant; D. CADY, for respondents. Decree appealed from affirmed with costs.